**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

STEVEN C. MCKNIGHT,

                Plaintiff,

   v.                                                9:16-cv-957
                                                              (TJM/DEP)

J. FERRICK, et al.,

                Defendants.

---

**Thomas J. McAvoy, SR. U.S.D.J.**

## DECISION and ORDER

      The Court referred this action alleging constitutional violations by prison officers, brought pursuant to 42 U.S.C. § 1983, to the Hon. David E. Peebles, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Rule 72.3(d) of the Local Rules of the Northern District of New York. Plaintiff alleges that the Defendants are liable to him for use of excessive force. The Report-Recommendation, dated June 30, 2017, recommended that the Court grant Defendants' motion to dismiss for failure to prosecute.

      Plaintiff did not file objections to the Report-Recommendation and the time for filing such objections has passed. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice and the Court will adopt the Report-Recommendation.

      Accordingly:

The Report-Recommendation, dkt. # 38, is hereby ADOPTED. The Defendants' motion to dismiss, dkt. # 37, is hereby GRANTED.

**IT IS SO ORDERED**.

Dated: July 25, 2017

Thomas J. McAvoy
Senior, U.S. District Judge